AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DARNELL HICKS <br><br> *Plaintiff(s)* <br> v. <br> THE STATE OF CALIFORNIA <br> [SEE ATTACHED] <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-07330-DMG-GJS |

## SUMMONS IN A CIVIL ACTION
### ON THE FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*  State of California (1300 "I" Street, Sacramento, CA 95814-2919)
Facebook (1 Hacker Way, Menlo Park, CA 94025)
Twitter (1355 Market Street, Ste. 900, San Francisco, CA 94103)
Floyd Bradford III (431 E 53rd St, Long Beach, CA 90805)
Elizabeth Stump (6155 Palm Ave, Unit 3005, San Bernardino, CA 92407)
Ian Miles Cheong (99 Jalan Bunga Raya New Passir, Putih, 31650, Ipoh Perak, Malaysia) Lakewood CA
Lakewood CA. Regional Crime Awareness, Prevention & Safety Group (431 E 53rd St, Long Beach, CA 90805)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brian T. Dunn, Esq. The Cochran Firm California
> 4929 Wilshire Blvd, Suite 1010
> Los Angeles, CA 90010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/21/2022

Grace Kami
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-07330-DMG-GJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**Brian T. Dunn, Esq.** (SBN 176502)
bdunn@cochranfirm.com
**Edward M. Lyman III, Esq.** (SBN 248264)
elyman@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimiles: (323) 282-5280
*Attorneys for Plaintiff Darnell Hicks*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL HICKS, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF CALIFORNIA, FACEBOOK, a Delaware Corporation; TWITTER, a Delaware Corporation; FLOYD BRADFORD III, an individual, ELIZABETH STUMP, an individual; IAN MILES CHEONG, an individual; LAKEWOOD CA. REIGONAL CRIME AWARENESS, PREVENTION & SAFETY GROUP, an unknown entity; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-07330-DMG-GJS <br><br> **FIRST AMENDED COMPLAINT FOR DAMAGES** <br><br> 1. 42 U.S.C. §1983—Civil Rights *Failure to Prevent* <br><br> 2. 42 U.S.C. §1983—Civil Rights *State Created Danger* <br><br> 3. Tom Bane Civil Rights Act *Cal. Civ. Code §52.1* <br><br> 4. Ralph Civil Rights Act *Cal. Civ. Code § 51.7* <br><br> 5. Defamation *Civ. Code §§ 44, 45, 45a* <br><br> 6. False Light <br><br> 7. Invasion of Privacy <br><br> 8. California Consumer Privacy Act <br><br> 9. Negligent Infliction of Emotional Distress <br><br> DEMAND FOR JURY TRIAL |