Brian T. Dunn, Esq. (SBN 176502)
bdunn@cochranfirm.com
Edward M. Lyman III, Esq. (SBN 248264)
elyman@cochranfirm.com
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL HICKS<br><br>Plaintiff(s),<br><br>v.<br><br>THE STATE OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-07330-DMG-GJS<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Ian Miles Cheong

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Darnell Hicks.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


May 24, 2022                               /s/ Edward M. Lyman
*Date*                                     *Signature of Attorney/Party*


NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**