JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL HICKS, <br><br> Plaintiff, <br><br> v. <br><br> FLOYD S. BRADFORD, III, ET AL., <br><br> Defendants. | Case No. CV 21-7330 DMG (GJSx) <br><br><br> **JUDGMENT** |

On April 4, 2024, the Court granted the motion to dismiss for failure to state a claim filed by Defendant Floyd S. Bradford III and declined to exercise supplemental jurisdiction over Plaintiff Darnell Hicks' remaining state law claims, thereby resolving all remaining issues and claims outstanding herein.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** without prejudice.

DATED: April 4, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE